| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
| OAKLAND DIVISION | |

| | |
|---|---|
| ROBERT W. JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>PERFORMANT RECOVERY INC., et al.,<br><br>    Defendants. | Case No: 19-cv-05789 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Dismissing Action, Dkt. 28, and pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters a final judgment of dismissal.

IT IS SO ORDERED.

Dated: 1/30/20

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge